IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collectanea J. Limited, | Case: 1:24-cv-03821 |
| Plaintiff, | Judge: Sara L. Ellis |
| v. | Mag. Judge: M. David Weisman |
| The Partnerships And Unincorporated Associations Identified On Schedule "A" | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NO. 29 Bringsurprise**

Plaintiff Collectanea J. Limited, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to Defendant NO. 29 Bringsurprise.

Respectfully Submitted this 1st day of July 2024,

Michael Stanley
IL Bar No.: 6284055
Ford Banister LLC
111 W. Jackson Suite 1700
Chicago, Illinois 60604
Telephone: 212-500-3268
Email: mstanley@fordbanister.com
*Attorney for Plaintiff*

1